THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Melvin Daniel,
 II,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Colleton County

 Perry M. Buckner, Circuit Court Judge

__________

 

Unpublished Opinion No. 2010-UP-149

Submitted January 4, 2010  Filed February
23, 2010    

__________

 

APPEAL DISMISSED

__________

 

Appellate Defender Kathrine H. Hudgins, of
Columbia, for Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
Salley W. Elliott, all of Columbia; and Solicitor I. McDuffie Stone, III, of
Beaufort, for Respondent.

 

PER CURIAM:  Melvin Daniel, II, appeals his
conviction for homicide by child abuse, arguing the trial court erred in
failing to direct a verdict.  After a
thorough review of the record and counsel's brief pursuant to Anders v.
California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
116, 406 S.E.2d 357 (1991), we dismiss[1]
the appeal and grant counsel's motion to be relieved. 

 

APPEAL
DISMISSED.

 

SHORT, THOMAS,
and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.